

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-14-00651-CV

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellants

v.

**LA SALLE COUNTY, TEXAS**; the Honorable Joel Rodriguez Jr., in his official capacity as
County Judge, La Salle County, Texas; and the Honorable Raul Ayala, in his official capacity as
County Commissioner, Precinct 4, La Salle County, Texas,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

# O R D E R

Sitting:       Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Jason K. Pulliam, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is
DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 2nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court